770

Commonwealth ex rel. Jackson, Appellant, *v.*
Myers.

Submitted March
21, 1966. *Willie Jackson,* appellant, in propria persona; *Gordon Gelfond* and *Joseph M. Smith,* Assistant
District Attorneys, and *Arlen Specter,* District Attorney, for appellee.
Order affirmed.

Commonwealth ex rel. Johnson, Appellant, *v.*
Myers.

Submitted March 14, 1966.
*Isaiah R. Johnson, Jr.,* appellant, in propria persona;
*Herbert A. Schaffner,* Assistant District Attorney, and
*LeRoy S. Zimmerman,* District Attorney, for appellee.
Order affirmed.

Commonwealth ex rel. Johnson, Appellant, *v.*
Maroney.

Submitted March 21, 1966.
*Lee Glenn Johnson,* appellant, in propria persona; *Jay
L. Benedict,* District Attorney, for appellee.
Order affirmed.

Commonwealth ex rel. Johnson, Appellant, *v.*
Myers.

Submitted March

21, 1966. *Thomas J. Johnson,* appellant, in propria persona; *Robert M. Borden* and *Joseph M. Smith,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for appellee.

Order affirmed.

### Commonwealth ex rel. Jones, Appellant, v. Myers.

Submitted March 21, 1966. *Fred Jones,* appellant, in propria persona; *Ralph B. D'Iorio,* Assistant District Attorney, *Domenic D. Jerome,* First Assistant District Attorney, and *Jacques H. Fox,* District Attorney, for appellee.

Order affirmed.

### Commonwealth ex rel. Jones, Appellant, v. Myers.

Submitted March 21, 1966. *Richard A. Jones,* appellant, in propria persona; *Richard A. Devlin* and *Henry T. Crocker,* Assistant District Attorneys, and *Richard S. Lowe,* District Attorney, for appellee.

Order affirmed.

### Commonwealth ex rel. Kallen v. Kallen, Appellant.

Argued March 21, 1966. *Sydney Finkelstein,* for appellant; *David N. Bressler,* with him *Shapiro, Stalberg, Cook, Murphy & Kalodner,* for appellee.

Order affirmed.